UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| CODY MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CHICO, CITY OF CHICO POLICE DEPARTMENT OFFICERS D. AMENT and C. UEBELHARDT and DOES 1-50,<br><br>    Defendants. | No. 2:16-cv-01832-SB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

 Before the Court is the parties' Joint Stipulation for Dismissal, ECF No. 13. The parties stipulate that the entire action, including all claims against all parties be dismissed with prejudice.

 Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation for Dismissal, ECF No. 13, is **GRANTED**.
2. All claims asserted against all parties in the above-captioned case are **dismissed**, **with prejudice**.

///

///

///

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 24th day of August 2017.

                                           */s/ Stanley A. Bastian*
                                            Stanley A. Bastian
                                       United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 2**